IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zacharia Matheson,<br><br>    Plaintiff,<br><br>vs.<br><br>Investment Retrievers, Inc.,<br><br>    Defendant.<br>_____ | No. CIV 09-709-TUC-GEE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ.P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

    The Clerk of the Court is instructed to close the case.

    DATED this 14th day of June, 2010.

_____
Glenda E. Edmonds
United States Magistrate Judge